# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-53 (WLS) |
| CCI-KCE, LLC, | : |
| Defendant. | : |

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 15), filed by the Parties on December 4, 2024. Therein, the Parties, having settled the disputes between them, stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 15). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 26th day of June 2025.

                                                     /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**