IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-53 (WLS) |
| | * |
| CCI-KCE, LLC, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk